**SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002**

FILED
2006 APR 19 PM 12: 50
CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN GARCIA,<br><br>Defendant. | CRIMINAL NO. SA06CR195FB<br><br>**INDICTMENT**<br><br>[Vio: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B): Possession with Intent to Distribute Crack Cocaine] |

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>
[21 U.S.C. § 841(a)(1)]

On or about April 3, 2006, in the Western District of Texas, Defendant,

**JONATHAN GARCIA,**

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved a mixture or substance 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

A TRUE BILL

_____
FOREPERSON

JOHNNY SUTTON
United States Attorney

_____
KAREN CARLISLE
Assistant United States Attorney

7